```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LYDIA CAPELO,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :            23 Civ. 9958 (JPC)
              -v-                                                      :
                                                                       :                 ORDER
THE HOME DEPOT, INC.,                                                  :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On December 19, 2023, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for January 3, 2024, at 10:30 a.m. Dkt. 11 at 1-2. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. at 2. Both items were due on December 27, 2023. The parties failed to submit either.

      By 5:00 p.m. December 30, 2023, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Court's December 19 Order, Dkt. 11. In addition, Defendant is ordered to serve a copy of this Order and the Court's December 19 Order, Dkt. 11, on Plaintiff immediately. Plaintiff's counsel also is directed to file a Notice of Appearance in this case prior to the initial pretrial conference. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

      SO ORDERED.

Dated: December 29, 2023  
       New York, New York

                                                                   _____  
                                                                      JOHN P. CRONAN  
                                                                United States District Judge